UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JERRY GILLESPIE,                              CIVIL NO. 06-3804 (RHK/JSM)

    Plaintiff,

v.                                            REPORT AND RECOMMENDATION

TRAVIS E. CORRELL,

    Defendant.

By Order dated July 7, 2011 [Docket No. 40], the stay was lifted in the above matter, and each party was ordered to submit in writing to the undersigned a status report outlining any remaining issues.  The only status letter received by the Court was from the Receiver, who is not a party to this action.  By Order dated July 29, 2011 [Docket No. 42], the parties were ordered to each submit in writing to the undersigned, no later than August 11, 2011, any reasons why this action should not be dismissed with prejudice.  The parties were also informed that if no response was received by any party by August 11, 2011, it would be recommended that this action be dismissed with prejudice.  No response by any party has been received.

Therefore, for the reasons set forth above, it is hereby recommended that this matter be dismissed with prejudice.

Dated:     August 16, 2011

                                              *s/ Janie S. Mayeron*
                                              JANIE S. MAYERON
                                              United States Magistrate Judge

Under D.Minn. LR 72.2(b) any party may object to this Report and Recommendation by filing with the Clerk of Court, and serving all parties by **August 30, 2011**, a writing which specifically identifies those portions of this Report to which objections are made and the basis of those objections.  Failure to comply with this procedure may operate as a forfeiture of the objecting party's right to seek review in the Court of Appeals.  A party may respond to the objecting party's brief within ten days after service thereof.  All briefs filed under this rule shall be limited to 3500 words.  A judge shall make a de novo determination of those portions of the Report to which objection is made.  This Report and Recommendation does not constitute an order or judgment of the District Court, and it is therefore not appealable directly to the Circuit Court of Appeals.