**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Jerry Gillespie, | Civil No. 06-3804 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| v. | |
| Travis E. Correll, | |
| Defendant. | |

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated August 16, 2011. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 43) is **ADOPTED**;

2. This matter is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:   September 7, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
